In the Matter of FLUSHING HOSPITAL AND DISPENSARY, Respondent, Petition of L. GALE HUNTER, Petitioner, Respondent, Suing Individually and on Behalf of All Others Similarly Situated, to Review and Set Aside a Purported Election of CHARLES H. CAMPBELL and Others, Appellants; CHARLES H. ROBERST and JOHN HOLLEY CLARK, JR., Intervenors, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

In the Matter of Proceedings Supplementary to Judgment: I & I HOLDING CORPORATION, Respondent, v. ABRAHAM BRICKEN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

In the Matter of the Application of PEEKSKILL PACKING CO., INC., for a Peremptory Order of Mandamus, or in the Alternative for an Alternative Order of Mandamus Directed to the BOARD OF HEALTH OF THE VILLAGE OF PEEKSKILL, COUNTY OF WESTCHESTER AND STATE of NEW YORK. BOARD OF HEALTH OF THE VILLAGE OF PEEKSKILL, Appellant; PEEKSKILL PACKING CO., INC., Respondent.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

JOSEPH KALAMON, Appellant, v. ANNA KALAMON and EMIL J. SONDERLICK, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

CONRAD KOHRN, Respondent, v. BOYER LIGHTERAGE CORPORATION, Appellant. — Motion for reargument and for other relief denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

EUSOBIO VARRICCHIO, Appellant, v. BROOKLYN & QUEENS TRANSIT CORP., Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

GEORGE H. WILSON, Plaintiff, v. SATAN'S TOE, INC., and NEAL R. ANDREWS, Defendants. By Original Summons and Between the Said SATAN'S TOE, INC., and NEAL R. ANDREWS, Respondents, v. DAVID WARK GRIFFITH and Others, Defendants; GEORGE H. WILSON and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

JOSEPH B. WISEMAN, Appellant, v. OGDEN PHIPPS and ROY C. GASSER, as Executors, etc., of OGDEN LIVINGSTON MILLS, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.